UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CLAUDE AUGUSTIN, | CV-18-5750 (LDH)(LB) |
| Plaintiff, | |
| - against - | NOTICE OF APPEARANCE OF PRO BONO COUNSEL |
| SWISSPORT SA, LLC, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of the Court and all parties of record:

I am admitted to practice in this Court, and I appear in this case as *pro bono* counsel for Plaintiff Claude Augustin in connection with the settlement conference scheduled for June 21, 2019, as well as all proceedings related to that conference. All filings or other information related to this action should be directed to me at the address below.

Dated: New York, New York
       May 23, 2019

                                          THE LAW OFFICE OF
                                          KEVIN MINTZER, P.C.

By: _____
       Kevin Mintzer
       Attorney for Plaintiff Claude Augustin
       1350 Broadway - Suite 1400
       New York, New York 10018
       km@mintzerfirm.com
       Tel: 646-843-8180